Form cnclhrg(cancelhrg)

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Diane M Terando
*Debtor*

*Case No.:* 21–90625

*Chapter:* 13

## *NOTICE OF CANCELLATION OF HEARING*

*Notice is hereby provided*

The hearing scheduled for **5/2/22**, re: Creditor, Galen Miller's, Objection to Debtor's Schedule C (Doc #24) has been cancelled and will not be reset .

*Dated:* 4/29/22

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.